**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**J. S. S.**

Plaintiff,

v.

**NORTHERN OREGON CORRECTIONS**, a regional correctional facility; and **JOSUE PEREZ**,

Defendants.

Case No. 3:24-cv-413-JR

**ORDER**

**Michael H. Simon, District Judge.**

United States Magistrate Judge Jolie A. Russo issued Findings and Recommendation in this case on June 22, 2026. Judge Russo recommended that the Court grant Defendant Northern Oregon Corrections ("NORCOR")'s motion for partial summary judgment against Plaintiff's *Monell* claim under 42 U.S.C. § 1983 and hostile work environment claim under Or. Rev. Stat. § 659A.030 (ECF 1, Counts I and III). No party filed objections.

Under the Federal Magistrates Act (Act), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3). If no party

objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Russo's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Russo's Findings and Recommendation (ECF 56) and GRANTS NORCOR's motion for partial summary judgment (ECF 43). Judgment is granted in favor of NORCOR on Counts I and III.

**IT IS SO ORDERED**.

DATED this 8th day of September, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge